UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                        Bankruptcy No. 16-19895-JGR
                                                                              Chapter 7
RICHARD EUGENE MURO, XXX-XX-3342
Debtor.

---

POTLATCH NO. 1 FEDERAL CREDIT UNION,
Movant,

v.

RICHARD EUGENE MURO, XXX-XX-3342, and

HARVEY SENDER, Chapter 7 Trustee,

Respondents.

---

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

---

On November 7, 2016, Potlatch No. 1 Federal Credit Union, filed a motion pursuant to Local Bankruptcy Rule 4001-1 entitled MOTION FOR RELIEF FROM AUTOMATIC STAY, (Docket No. 14). Movant hereby certifies and shows the court:

1. Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), or in the manner permitted by an order of the court, (Docket No. 14), as is shown on the certificate of service previously filed with the notice.

2. A hearing on said motion was scheduled for Tuesday, November 29, 2016 at 9:30 a.m.

3. No objections to or requests for hearing on the motion were received by the undersigned or filed with the court or, if filed, were withdrawn.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was submitted to the Court with the Motion (Docket No. 14), granting the requested relief.

Dated: November 16, 2016	By: s/ Robert Gregory Busch
Robert Gregory Busch
RG BUSCH, PLLC
P.O. Box 3931
Greenwood Village, CO 80155
(720) 515-4618
(303) 872-9019 fax
rob@rgbusch.com

*Attorney for Movant*